Edward H. S. Martin, Appellant, v. Frank E. Svoboda, Appellee.

Gen. No. 44,321.

opinion filed May 4, 1948; rehearing denied November 9, 1948; released for publication November 9, 1948. Edward H. S. Martin, *pro se;* Jesse H. Brown and Fisk & Kart, for appellee; Jesse H. Brown, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.

Joe Katz and Leo Katz, Appellees, v. Henrietta Lillian Goldberg and Samuel Goldberg, Appellants.

Gen. No. 10,254.